Opinion issued March 5, 2026



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00767-CV

_____

## IN THE MATTER OF B.S., Appellant

---

**On Appeal from the 315th District Court**
**Harris County, Texas**
**Trial Court Case No. 2021-01743J**

---

## MEMORANDUM OPINION

Appellant, a juvenile, has filed an unopposed motion to dismiss his appeal. We grant the motion.

We dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Any other pending motions are dismissed as moot.

### PER CURIAM

Panel consists of Justices Guerra, Caughey, and Dokupil.